Alexander HURSH et al., Appellants, v. UNITED STATES of America, Appellee.

No. 6756.

Circuit Court of Appeals, Ninth Circuit.

Aug. 15, 1932.

H. L. Arterberry, of Los Angeles, Cal., for appellants.

Samuel W. McNabb, U. S. Atty., and P. V. Davis, Asst. U. S. Atty., both of Los Angeles, Cal.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellants to file record and docket cause.

■

INSURANCE CO. OF THE STATE OF PENNSYLVANIA, Appellant, v. Joseph S. MacLAUGHLIN, Collector, Appellee.

No. 4669.

Circuit Court of Appeals, Third Circuit.

June 24, 1932.

Robert T. McCracken, of Philadelphia, Pa., for appellant.

Edward H. Horton, of Washington, D. C., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

Upon the authority of the opinion of the Supreme Court (No. 547, October Term, 1931) 52 S. Ct. 538, 76 L. Ed. ——, delivered in this case and in the companion case of Joseph S. MacLaughlin, Collector of Internal Revenue for the First District of Pennsylvania, Appellant, v. Alliance Insurance Company of Philadelphia, Appellee (No. 548, October Term, 1931) 52 S. Ct. 538, 76 L. Ed. ——, on questions certified to the Supreme Court, the judgment against the Insurance Company of the State of Pennsylvania, Appellant [49 F.(2d) 361], is affirmed.

■

INTERSTATE TRANSIT, Inc., v. Carolyn R. THOMSON.

No. 5942.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1932.

Lynch, Bachman, Phillips & Lynch, of Chattanooga, Tenn., for appellant.

Jos. Frassrand, of Chattanooga, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

■

KANSAS CITY BRIDGE COMPANY, a Corporation, Appellant, v. ALABAMA STATE BRIDGE CORPORATION, a Corporation, Appellee.

No. 6524.

Circuit Court of Appeals, Fifth Circuit.

July 20, 1932.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.